UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| JACQUELINE BRIGGS,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 3:21-CV-05052-BAT<br><br><br>[PROPOSED] ORDER |

Based on the stipulation of the parties, it is ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Commissioner will instruct the administrative law judge (ALJ) to offer Plaintiff the opportunity for a de novo hearing, take any further action needed to complete the administrative record, and issue a new decision. Upon remand, the ALJ will reevaluate the medical opinions and prior administrative medical findings, reevaluate Plaintiff's alleged symptoms, and reevaluate the evidence from nonmedical sources. As warranted, the ALJ will reevaluate Plaintiff's maximum residual functional capacity. If warranted by the expanded record, the ALJ will obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on Plaintiff's ability to perform other work in the national economy.

DATED this 9th day of September, 2021.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

s/ Edmund Darcher
EDMUND DARCHER
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2662
Fax: (206) 615-2531
edmund.darcher@ssa.gov